UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Dennis D. Linehan,

Civil No. 00-2635 DSD/AJB

Petitioner,

v.

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Frank Milczark, CEO, Minnesota
Regional State Operated Services,
Moose Lake, Minnesota,

Respondent.

This matter is before the Court on respondent's request for extension of time in which to copy and file the extensive underlying record and file a response to the Petition for Writ of Habeas Corpus now before the Court.

**IT IS HEREBY ORDERED THAT** the motion is **granted**. [Docket No. ___]. Respondent shall have until January 9, 2001, in which to file the record and written response to the Petition for Writ of Habeas Corpus.

Dated: 12/21/00

Arthur J Boylan

Arthur J. Boylan
United States Magistrate Judge

DEC 21 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______