**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dennis D. Linehan,

Petitioner,

v.

Frank Milczark, CEO, Minnesota Regional State Operated Services, Moose Lake, Minnesota,

Respondent.

Civil No. 00-2635 DSD/AJB

**ORDER ON REQUEST TO SUBMIT MEMORANDUM**

This matter is before the Court on petitioner's request for permission to file a memorandum in support of claims asserted in his habeas corpus petition.

**IT IS HEREBY ORDERED THAT** the request is **granted**. Petitioner shall have until February 16, 2001, in which to file memorandum argument in support of the Petition for Writ of Habeas Corpus.

Dated: 1/16/01

Arthur J. Boylan
United States Magistrate Judge

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK