**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

DENNIS D. LINEHAN,

Petitioner,

v.

FRANK MILCZARK

Respondent.

Civil No. 00-2635 DSD/AJB

**ORDER**

The above matter came before the Court on Petitioner's application to proceed *in forma pauperis*. Based on the file, affidavits and memoranda,

**IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed *in forma pauperis* is granted [Docket No. 2];

2. Petitioner will not be required to pay fees in this matter.

Dated: 8/17/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED AUG 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______