UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2635(DSD/AJB)

Dennis D. Linehan,

Petitioner,

v. **ORDER**

Frank Milczak,

Respondent.

This matter is before the court upon petitioner's application for certificate of appealability. Under the Antiterrorism and Effective Death Penalty Act of 1996, an appeal may not be taken from a final order in a habeas proceeding unless a "circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This court has jurisdiction to issue a certificate of appealability. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997).

A certificate of appealability should not issue merely because the appeal is brought in good faith and raises a "non-frivolous" issue. Kramer v. Kemna, 21 F.3d 305, 307 (8th Cir. 1994). Instead, the applicant must show "that the issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." Flieger

FILED JAN 16 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994), cert. denied, 513 U.S. 946 (1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991)).

Petitioner has made such a showing with respect to the issue of whether the constitutional interpretation in Kansas v. Hendricks, 521 U.S. 346 (1997) requires proof of an "inability to control" or whether, as this court has concluded, a lesser showing is acceptable. In particular, petitioner illustrates that it's position, the "inability to control" threshold, has been adopted by other courts, see e.g., In re Leon G., 199 Ariz. 375, 18 P.3d 169 (2000), rev'd 2001 WL 782598 (Ariz.), that the Supreme Court is considering the issue and that three dissenting Justices of the Minnesota Supreme Court concurred with petitioner's position in In re Linehan, 594 N.W.2d 867, 879, 887 (1999)(Page, Lancaster, Anderson, JJ. dissenting).

Accordingly, based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's application for certificate of appealability is granted with regard to whether the constitutional interpretation in Kansas v. Hendricks, 521 U.S. 346 (1997) requires proof of an "inability to control" or whether a lesser showing is acceptable.

Dated: January 16, 2002

David S. Doty, Judge
United States District Court